UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
17 JAN 31 AM 11:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLIE D'AGOSTINO (9),

        Defendant.

CASE NO. 15cr2310-WQH

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Superseding Indictment:

8:1955; 18:981(a)(1)(C), 1955(d), 28:2461(c) - Illegal Gambling Business; Criminal Forfeiture (2) 18:1956(h); 21:853(p), 18:982(b)- Money Laundering Conspiracy; Criminal Forfeiture (3)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/31/17

JUDGE WILLIAM Q. HAYES